NO. 07-05-0328-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

OCTOBER 25, 2006

______________________________

LANCE SNACK FOODS, INC.,

Appellant

v.

DELVIN L. MORRIS, 

Appellee

_________________________________

FROM THE 99th DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2004-528,650; HON. MACKEY K. HANCOCK, PRESIDING

_______________________________

Memorandum Opinion

_______________________________

Before QUINN, C.J., CAMPBELL, J., and BOYD, S.J.
(footnote: 1)
 Lance Snack Foods, Inc., appellant, and Delvin L. Morris, appellee, have filed a joint motion to reverse judgment and remand the cause.  Per the request of the parties, we grant the motion, reverse the judgment, and remand the cause to the trial court for further proceedings.  
See Dunn v. Canadian Oil & Gas Services, Inc
., 908 S.W.2d 323 (Tex. App.
–
El Paso 1995, no pet.) (authorizing such relief).  
Having reversed the judgment and remanded the cause to the trial court at the request of the parties, no motion for rehearing will be entertained and our mandate shall issue forthwith.  All costs of appeal are taxed to appellee.

Brian Quinn 

          Chief Justice

FOOTNOTES
1:
John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment.  
Tex. Gov’t Code
 
Ann
. §75.002(a)(1) (Vernon Supp. 2006).